UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Common Cents Distributors, LLC,<br><br>      *Plaintiff*,<br><br>v.<br><br>The Pickle Juice Company, LLC, et al.,<br><br>      *Defendants*. | Civil Action No. 24-7642<br>(MEF) (CLW)<br><br>**ORDER** |

The Plaintiff's brief says virtually nothing about the likelihood of success on the merits here as to its trademark claim. For example, it cites no cases or facts from the record to support the argument.

The parties shall be prepared to discuss likelihood of success on the merits at the telephonic hearing, and shall file any additional briefs, should they wish to, by 4:30 PM today.

The Plaintiff shall immediately cause this Order to be electronically provided to each of the named Defendants.

IT IS on this 18th day of July, 2024, so **ORDERED**.

                                                                             Michael E. Farbiarz, U.S.D.J.