

# SEMERARO
# & FAHRNEY LLC

Mark J. Semeraro, Esq.
R. Scott Fahrney, Esq.
Dustin F. Glass, Esq.,
Stephen G. Piccininni, Esq.
Richard A. Hermann, Esq., *Of Counsel*
Sean D. Dias, Esq., *Of Counsel*
Scott L. Carlson, Esq., *Of Counsel*

155 Route 46, Suite 108
Wayne, New Jersey 07470
Telephone: 973-988-5070
Facsimile: 973-988-5533

90 E. Halsey Road, Suite 333
Parsippany, New Jersey 07054
Telephone: 973-988-5070

Reply to:
R. Scott Fahrney, Esq.
sfahrney@semerarolaw.com
Direct Dial: 973-988-5886

July 18, 2024

**Via ECF**
Hon. Michael E. Farbiarz, U.S.D.J.
United States District Court - District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Court Room 4, Post Office
Newark, New Jersey 07101

   Re: Common Cents Distributors, LLC v. The Pickle Juice Company, LLC et al.,
      Docket No.: 2:24-cv-007642

Dear Judge Farbiarz,

  Please be advised that this firm represents the Plaintiff, Common Cents Distributors, LLC with regard to the above captioned matter.

  After filing the Complaint and Application for Preliminary Injunction, the parties have amicably resolved the dispute at issue. Please accept this letter as a request to administratively terminate Plaintiff's Application for Preliminary Injunction [Docket Entry No.: 5].

  Following the completion of a Signed Settlement Agreement by the parties, the undersigned will then be filing a Stipulation of Dismissal with Prejudice for the Complaint [Docket Entry No.: 1].

  I thank Your Honor for your swift attention to this matter.

               Respectfully Submitted,

               R. Scott Fahrney, Esq.

Cc: Rob Segall, Esq., via email
   Leslie Gillis, Esq., via email
   John J. Arnott, Esq., Attorneys for Defendants via email
   Steve Spears, Esq., Attorneys for Defendants via email

**SO ORDERED.**
**s/ Michael E. Farbiarz**
Michael E. Farbiarz, U.S.D.J.
Date: 7/18/24