**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **COMMON CENTS DISTRIBUTORS, LLC**<br><br>**Plaintiff**<br><br>vs.<br><br>**THE PICKLE JUICE COMPANY, LLC, FILIP KEUPPENS, KAT MEYERS, and JOHN DOE(S) 1-10, fictitious entities,**<br><br>**Defendants.** | Civil Action No. 2:24-cv-007642<br><br>A Civil Action<br><br>**VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated that Plaintiff, COMMON CENTS DISTRIBUTORS, LLC, voluntarily dismisses the above-entitled action brought against Defendants, THE PICKLE JUICE COMPANY, LLC, FILIP KEUPPENS, KAT MEYERS, and JOHN DOE(S) 1-10, with prejudice and without costs or fees, as to any and all claims against all parties.

_____
**Semeraro & Fahrney, LLC**
R. Scott Fahrney, Esq. │ SBN # 017182008
155 Route 46, Suite 108
Wayne, New Jersey 07470
TEL. (973) 988-5070
Email sfahrney@semerarolaw.com
Attorneys for Plaintiff

Dated: August 1, 2024